# EXHIBIT
# "A"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-21574-CIV-MORENO**

CODEVENTURES, LLC,
a Florida limited liability company,

      Plaintiff,

vs.

VITAL MOTION INC., a Delaware corporation;
DAVID A. LOVENHEIM, an individual;
JAY M. EASTMAN, an individual;
CHRISTIAN D. TVETENSTRAND, an
individual and TERRY L. BRADLEY,
an individual

      Defendants.

_____/

**PLAINTIFF'S *SECOND* PROPOSAL FOR SETTLEMENT**
**TO DEFENDANT VITAL MOTION INC.[1]**

Plaintiff Code Ventures, LLC, by and through undersigned counsel, and pursuant to Fla. Stat. §768.79 and principles of Florida law that are applicable to this case, *see Menchise v. Akerman Senterfitt,* 532 F. 3d 1146 (11th Cir. 2008), hereby serves this Proposal for Settlement to Defendant Vital Motion Inc. to resolve all claims asserted by Plaintiff against Defendant Vital Motion Inc. in this action, and states:

1.     <u>Name of party making this Proposal for Settlement/Offer of Judgment</u>: **Plaintiff Code Ventures, LLC (hereafter, "Plaintiff").**

---

[1] This corrected Proposal for Settlement corrects a typographical error in paragraph 9. The previously served proposal is hereby withdrawn.

2.      <u>Party to whom the Proposal for Settlement/Offer of Judgment is being made</u>: **Defendant Vital Motion, Inc. (hereafter, "Defendant Vital")**.

3.      <u>The identity of the claims the Proposal for Settlement/Offer of Judgment is attempting to resolve</u>:  This Proposal for Settlement/Offer of Judgment completely resolves all claims asserted or sought by Plaintiff against Defendant Vital in this matter, and all claims and damages that were or could have been asserted or sought by Defendant Vital against Plaintiff relating to the facts and transactions at issue in this action.

4.      <u>Relevant Conditions</u>: Defendant Vital and Plaintiff will each bear their own costs and attorneys' fees in this matter.  The total amount of this Proposal for Settlement/Offer of Judgment shall be paid to Plaintiff by Defendant Vital in good funds within three (3) days of its written acceptance.  Payment shall be made by check payable to Coffey Burlington, P.L. Trust Account, with the case number on the memo line of the check.  This Proposal does not require any consent or action from any party other than Defendant Vital.

5.      <u>Amount of this Proposal for Settlement/Offer of Judgment</u>:  Defendant Vital shall Pay the Plaintiff NINETY FOUR THOUSAND ONE HUNDRED NINETY-EIGHT DOLLARS AND ZERO CENTS ($94,198.00).  No portion of this Proposal for Settlement/Offer of Judgment is allocated to a claim for punitive damages, although punitive damages are sought in this case.

6.      This Proposal for Settlement/Offer of Judgment includes any claim by Plaintiff for attorneys' fees.  Plaintiff does not presently have a claim for attorney's fees incurred in this action in its complaint against the Defendant Vital, but this offer is inclusive of any such claim.

7.      This Proposal for Settlement/Offer of Judgment includes all taxable costs attributable to the claims asserted by Plaintiff against Defendant Vital in this action.

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

8.      The non-monetary terms and conditions of this Proposal are those terms and conditions in Paragraph 9.

9.      The non-monetary terms and conditions of this Proposal stated with particularity are that: Within ten (10) days of full payment, as described in paragraph 5 above, counsel for Plaintiff and Defendant Vital shall file a Notice of Settlement and Joint Final Order of Dismissal with Prejudice, which shall advise the Court of the settlement of all claims between them as stated in paragraph 3 above, with each side to bear its own attorneys' fees and costs.

10.     The Proposal for Settlement/Offer of Judgment is valid for thirty (30) days from the date of service unless withdrawn in writing by Plaintiff, and is made for purposes of settlement only, and is not in any way an admission of liability or wrongdoing.

11.     Should Defendant Vital fail to accept this offer, Defendant Vital may be liable for sanctions, fees or costs, in accordance with governing law.

Respectfully submitted,


By:    /s/ *Kevin C. Kaplan*
        Kevin C. Kaplan, Esq.
        Florida Bar No. 933848
        kkaplan@coffeyburlington.com
        lperez@coffeyburlington.com
        service@coffeyburlington.com
        **COFFEY BURLINGTON, P.L.**
        2601 South Bayshore Drive, Penthouse One
        Miami, Florida  33133
        Telephone: (305) 858-2900
        Facsimile:  (305) 858-5261
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Email, on

August 19, 2020, on all counsel or parties of record on the Service List below.


_____*/s/ Kevin C. Kaplan*_____
Kevin C. Kaplan

| SERVICE LIST |
| :---: |
| *Codeventures, LLC v. Vital Motion Inc., et al.* |
| **Case No. 20-21574-CIV-Moreno** |

**Brian P. Yates, Esq.**
byates@garlawfirm.com
GARBETT, ALLEN & ROZA, P.A.
Brickell City Tower, Suite 3100
80 S.W. 8th Street
Miami, Florida 33130
Telephone: (305) 536-8866

*Counsel for Defendants*

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261