UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21574-CIV-MORENO**

CODEVENTURES, LLC, a Florida limited
liability company,

        Plaintiff,

vs.

VITAL MOTION INC., a Delaware
corporation, DAVID A. LOVENHEIM, an
individual, JAY M. EASTMAN, an individual,
CHRISTIAN D. TVETENSTRAND, an
individual, and TERRY L. BRADLEY, an
individual,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE JONATHAN GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Individual Defendants' Motion for Attorneys' Fees **(D.E. 104)**, filed on **June 24, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 134)** on **October 19, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Individual Defendants' Motion for Attorneys' Fees is GRANTED. Defendants are awarded $16,754.50 in attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record